IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Donald E. Griffin, Jr., ) | C/A No. 0:17-2852-DCC-PJG |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| Alice Masico; Aaron Joyner, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

The plaintiff, Donald E. Griffin, Jr., a self-represented state inmate, filed this civil action in October 2017. This matter is before the court pursuant to 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.). On December 8, 2017, the court issued a scheduling order in this matter and set a dispositive motions deadline of March 7, 2018. (ECF No. 16.) As of the date of this order, no party has filed a potentially dispositive motion regarding the merits of this case. The parties are directed to inform the court in writing of the status of this case on or before **March 15, 2018** and advise the court as to whether the case is ready for trial.

**IT IS SO ORDERED.**

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

March 8, 2018
Columbia, South Carolina